IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GUADALUPE ORNELAS GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-247-KC |
| | § | |
| MARY DE ANDA-YBARRA et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered Petitioner Guadalupe Ornelas Garcia's Notice of Voluntary Dismissal, ECF No. 3, filed on February 2, 2026, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Petitioner's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 3rd day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE